United States District Court
Southern District of Texas
**ENTERED**
December 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHELLE CONNELY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-170 |
| | § | |
| CHRISTIAN CONSULTANTS OF TEXAS, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Based on the Report and Recommendation of the Bankruptcy Court (Dkt. 1), it is therefore:

**ORDERED** that the reference with respect to the trial of this case is withdrawn; and it is further

**ORDERED** that all pretrial matters are referred to the Bankruptcy Court.

SIGNED at Galveston, Texas, this 27th day of December, 2017.

_____
George C. Hanks Jr.
United States District Judge